IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID WILSON, Individually )
and on Behalf of All       )
Others Similarly Situated, )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )       2:21cv774-MHT
                           )           (WO)
PJ MONTGOMERY, LLC,        )
                           )
     Defendant.            )
```

**ORDER**

Upon consideration of plaintiff's motion for voluntary dismissal without prejudice (Doc. 6), and based on plaintiff's counsel's oral representation that no settlement of this matter has been reached, it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 4th day of January, 2022.

                    /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**